# EXHIBIT C



**20 BLACK BROOK ROAD**
**AQUINNAH, MA 02535-1546**

OFFICE  (508) 645-9265
FAX       (508) 645-3790

## WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH)
### Resolution No. 2013-43

**Resolution Authorizing the Removal of <u>Commonwealth of Massachusetts v. The Wampanoag Tribe of Gay Head (Aquinnah), the Wampanoag Tribal Council of Gay Head, Inc., and The Aquinnah Wampanoag Gaming Corporation, No. SJ 2013-0479</u>**

WHEREAS the Tribal Council of the Wampanoag Tribe of Gay Head (Aquinnah) ("Tribe") is a sovereign nation and is the governing body of the Wampanoag Tribe of Gay Head (Aquinnah) under the Constitution adopted on November 18, 1990, as amended through November 16, 2008; and

WHEREAS, the Tribe has adopted a Constitution in order to sustain and perfect its historic form of Tribal government, and;

WHEREAS, the Tribal Council is the elected governing body of the Tribe, acknowledged on April 10, 1987, which exists as an Indian Tribe within the meaning of Federal Law, Public Law 638, and is empowered by Article IV of the Constitution ; and

WHEREAS, under Article IV, Section 1 of the Tribes Constitution, governing power of the Tribe is vested in the Tribal Council, and;

WHEREAS, the Constitution Article XV Section 1 explicitly preserves the sovereign immunity of the Tribe and requires an explicit written waiver approved by at least eight (8) members of the Tribal Council before the Tribe's sovereign immunity can be waived, and;

WHEREAS, the Commonwealth of Massachusetts has filed a lawsuit in the Supreme Judicial Court for Suffolk County against the Tribe and the Tribal Gaming Board, and;

WHEREAS, the Tribe strongly believes the State has no jurisdiction over tribal gaming matters, and;

NOW BE IT RESOLVED, that the legal team is directed to use all available avenues to remove this litigation to federal court:

NOW BE IT FURTHER RESOLVED, this resolution is not a waiver of the Tribe's sovereign immunity, and:

**A FEDERALLY ACKNOWLEDGED TRIBE**

Page Two- WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH)
Resolution No. 2013-43
Resolution Authorizing the Removal of <u>Commonwealth of Massachusetts v. The Wampanoag Tribe of Gay Head (Aquinnah), the Wampanoag Tribal Council of Gay Head, Inc., and The Aquinnah Wampanoag Gaming Corporation, No. SJ 2013-0479</u>

NOW BE IT FURTHER RESOLVED, the Tribal Council of the Wampanoag Tribe of Gay Head (Aquinnah) explicitly preserves its sovereign immunity in the <u>Commonwealth of Mass. V. the Wampanoag Tribe of Gay Head (Aquinnah), the Wampanoag Tribal Council of Gay Head, Inc., and the Aquinnah Wampanoag Gaming Corporation.</u>

ADOPTED by the Tribal Council of the Wampanoag Tribe of Gay Head (Aquinnah) at a regular meeting assembled on the __7th__ of __December, 2013,__ with a quorum present, by a vote of __11__ in favor and __0__ against and __0__ abstentions.

Wampanoag Tribe of Gay Head (Aquinnah)

_____ 12/07/13
Cheryl Andrews-Maltais, Chairwoman

ATTEST:

_____ 12-7-13