UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE COMMONWEALTH OF MASSACHUSSETTS,<br><br>*Plaintiff,*<br><br>vs.<br><br>THE WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH), THE WAMPANOAG TRIBAL COUNCIL OF GAY HEAD, INC. and THE AQUINNAH WAMPANOAG GAMING CORPORATION,<br><br>*Defendants.* | CASE NO:_____<br><br><br><br>CIVIL ACTION NO.  2013-0479<br>[Formerly Supreme Judicial Court for Suffolk County, Massachusetts] |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Defendants, The Wampanoag Tribe of Gay Head (Aquinnah), The Wampanoag Tribal Council of Gay Head, INC. and The Aquinnah Wampanoag Gaming Corporation, certify that it has no parent corporation and certify that it has no stock and therefore no publicly held corporation owns 10% or more of its stock.

Dated: December 30, 2013

Respectfully Submitted,

*/s/ Bruce A. Singal*
BRUCE A. SINGAL (BBO# 464420)
ELIZABETH J. MCEVOY  (BBO# 683191)
DONOGHUE, BARRETT & SINGAL
One Beacon Street,  Suite 1320
Boston, MA 02108
Telephone: 617-720-5090
Facsimile: 617-720-5092
Email: bsingal@dbslawfirm.com
Email: emcevoy@dbslawfirm.com

SCOTT D. CROWELL (*pro hac vice* application pending)
TRIBAL ADVOCACY GROUP LLP
1487 W. State Route 89A, Suite 8
Sedona, Arizona
Telephone: 425-802-5369
Facsimile: 509-290-6953
Email: scottcrowell@hotmail.com

LAEL R. ECHO-HAWK (*pro hac vice* application pending)
GARVEY SHUBERT BARER
1191 Second Ave. 18th Floor
Seattle, Washington 98101
Telephone: 206-816-1355
Facsimile: 206-414-0125
Email: lechohawk@gsblaw.com

JOHN J. DUFFY (*pro hac vice* application pending)
JOHN R. CASCIANO, BBO #634725
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036
Telephone:  202-429-6268
Facsimile:   202-429-3902
Email: jcasciano@steptoe.com
Email: jduffy@steptoe.com

*Attorneys for Proposed Defendants*

## **CERTIFICATE OF SERVICE**

I, Bruce A. Singal, hereby certify that this CORPORATE DISCLOSURE STATEMENT filed through the ECF System, was served upon counsel for Plaintiff, by email and first class mail at:

Juliana deHaan Rice (Juliana.Rice@state.ma.us)
Carrie Benedon (Carrie.Benedon@state.ma.us)
Bryan Bertram (Bryan.Bertram@state.ma.us)
Government Bureau
Office of Attorney General Martha Coakley
One Ashburton Place
Boston, MA 02108-1698


Dated: December 30, 2013

*/s/ Bruce A. Singal*
BRUCE A. SINGAL