Forecourt Paragon ®

Commonwealth of Massachusetts
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
Docket Sheet

01/02/2014
9:35 am

## SJ-2013-0479
### COMMONWEALTH v. THE WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH), THE WAMPANOAG TRIBAL COUNCIL OF GAY HEAD, INC., and THE AQUINNAH WAMPANOAG GAMING CORPORATION

### CASE HEADER

| | | | |
|---|---|---|---|
| Entered | 12/02/2013 | Docket Type | SJC Single Justice |
| Case Status | Active: Case Filed | Status Date | 12/02/2013 |
| Case Nature | declj - Declaratory Judgmt Action | Sub-Nature | |
| Justice | | Under Advisement | |
| Clerk | GS | Public | Yes |
| Disposition | | Disposition Date | |

### Other Court Information

| | | | |
|---|---|---|---|
| Lower Court | Trial Court | | |
| Case Type | CV | Pet Role LCt | Plaintiff in lower court |
| Trial Court | | TC Not App Dt | |
| TC Number | | | |
| TC Ruling Dt | | TC Dispo | |

### INVOLVED PARTY

**Commonwealth**
Plaintiff
Active 12/02/2013

### ATTORNEY APPEARANCE

**Juliana deHaan Rice**
Assistant Attorney General
Town of Arlington
50 Pleasant Street
Arlington, MA 02476-1698
Phone: 781-316-3150
564918 Active 12/02/2013 Entitled, eMail Only (APC)

**Carrie Benedon**
Assistant Attorney General
Office of the Attorney General
Government Bureau
One Ashburton Place, 20th flr
Boston, MA 02108
Phone: 617-963-2080
625058 Active 12/02/2013 Entitled, eMail Only (APC)

**Bryan F. Bertram**
Assistant Attorney General
Office of the Attorney General
Administrative Law Division
One Ashburton Place
Boston, MA 02108
Phone: 617-963-2107
667102 Active 12/02/2013 Entitled, eMail Only (APC)

**The Wampanoag Tribe of Gay Head (AQUINNAH)**
Defendant
Active 12/02/2013

**Bruce A. Singal**
Esquire
Donoghue, Barrett & Singal, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108-3113
Phone: 617-720-5090, Fax: 617-722-0276
464420 Active 12/30/2013 Entitled, eMail Allowed

**The Wampanoag Tribal Council of Gay Head, Inc.**
Defendant
Active 12/02/2013

**Bruce A. Singal**
Esquire
See Above
464420 Active 12/30/2013 Entitled, eMail Allowed

**The Aquinnah Wampanoag Gaming Corporation**
Defendant
Active 12/02/2013 Entitled,

'cdssj', '132322', '208085', 'y', 'y', 'y', 'y', 'y'

Forecourt Paragon ®

Commonwealth of Massachusetts
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
Docket Sheet

01/02/2014
9:35 am

**SJ-2013-0479**
**COMMONWEALTH v. THE WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH), THE WAMPANOAG TRIBAL COUNCIL OF GAY HEAD, INC., and THE AQUINNAH WAMPANOAG GAMING CORPORATION**

| INVOLVED PARTY | | ATTORNEY APPEARANCE |
|---|---|---|

| DATE | P# | ENTRY |
|---|---|---|
| 12/02/2013 | | Case entered. |
| 12/02/2013 | 1 | Complaint pursuant to G.L. c. 231 A, § 2 with Exhibits A-B filed by Assistant Attorneys General Juliana deHaan Rice, Carrie Benedon, Bryan Bertram. |
| 12/02/2013 | 2 | Motion for Appointment of Special Process Server filed by Assistant Attorneys General Juliana deHaan Rice, Carrie Benedon, Bryan F. Bertram filed. |
| 12/30/2013 | 3 | Defendant's Notice Of Filing Notice Of Removal with Certificate of Service and Exhibits A & B filed by Atty Bruce Singal. |

A True Copy

1-24-14    Attest: [signature]
Date                  Clerk