UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The COMMONWEALTH OF MASSACHUSETTS, | ) ) ) |
| *Plaintiff*, | ) ) |
| and | ) ) |
| The AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC. (AGHCA) and TOWN OF AQUINNAH, | ) ) ) ) |
| *Intervenor/Plaintiffs*, | ) ) |
| v. | ) ) ) No: 1:13-cv-13286-FDS |
| The WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH), et al., | ) ) ) |
| *Defendants* | ) ) |
| and | ) ) |
| CHARLES D. BAKER, in his official capacity as GOVERNOR, COMMONWEALTH OF MASSACHUSETTS, et al. | ) ) ) ) |
| *Third-Party Defendants.* | ) ) |

### PLAINTIFF COMMONWEALTH OF MASSACHUSETTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Commonwealth of Massachusetts respectfully moves for summary judgment on all claims, pursuant to Fed. R. Civ. P. 56, on the ground that there is no genuine issue of material fact and that the Commonwealth is entitled to judgment as a matter of law. Specifically, the Commonwealth requests that this Court enter summary judgment declaring that the defendants have no right to license, open, or operate a gaming establishment on the Settlement Lands without

1

complying with all laws of the Commonwealth pursuant to the terms of the Settlement Agreement and further declaring that Gaming Ordinance No. 2011-01, and any action taken by the defendants pursuant to Gaming Ordinance No. 2011-01, are illegal and void because the Ordinance and any actions taken pursuant to the Ordinance are in irreconcilable conflict with the Settlement Agreement and with Massachusetts law.

The specific grounds for this motion are set forth in the accompanying Memorandum.

Respectfully submitted,

THE COMMONWEALTH OF MASSACHUSETTS,

By its attorney,

MAURA HEALEY
ATTORNEY GENERAL

*/s/ Juliana deHaan Rice*
Juliana deHaan Rice (BBO # 564918)
Carrie Benedon (BBO # 625058)
Bryan Bertram (BBO # 667102)
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2583
Juliana.Rice@state.ma.us
Carrie.Benedon@state.ma.us
Dated:   May 28, 2015                       Bryan.Bertram@state.ma.us

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel certifies that, pursuant to Local Rule 7.1(a)(2), she has conferred with counsel for the defendants and has attempted in good faith to resolve or narrow the issues presented in this motion.

*/s/ Juliana deHaan Rice*

Case 1:13-cv-13286-FDS   Document 112   Filed 05/28/15   Page 3 of 3

## CERTIFICATE OF SERVICE

I, Carrie Benedon, hereby certify that on this 28th day of May, 2015, I filed the foregoing document through the Electronic Case Filing (ECF) system and thus copies of the foregoing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent, via first-class mail, to those indicated as non-registered participants.

*/s/ Carrie Benedon*