UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The COMMONWEALTH OF MASSACHUSETTS,<br><br>*Plaintiff*,<br><br>and<br><br>The AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC. (AGHCA) and TOWN OF AQUINNAH,<br><br>*Intervenor/Plaintiffs*,<br><br>v.<br><br>The WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH), et al.,<br><br>*Defendants*<br><br>and<br><br>CHARLES D. BAKER, in his official capacity as GOVERNOR, COMMONWEALTH OF MASSACHUSETTS, et al.<br><br>*Third-Party Defendants.* | No: 1:13-cv-13286-FDS |

**PLAINTIFF COMMONWEALTH OF MASSACHUSETTS' LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Plaintiff Commonwealth of Massachusetts respectfully incorporates as its statement of undisputed facts the parties' Stipulated Facts Not in Dispute, filed as Dkt. #107.

1

Respectfully submitted,

THE COMMONWEALTH OF MASSACHUSETTS,

By its attorney,

MAURA HEALEY
ATTORNEY GENERAL

*/s/ Juliana deHaan Rice*_____
Juliana deHaan Rice (BBO # 564918)
Carrie Benedon (BBO # 625058)
Bryan Bertram (BBO # 667102)
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2583
Juliana.Rice@state.ma.us
Carrie.Benedon@state.ma.us

Dated:   May 28, 2015                     Bryan.Bertram@state.ma.us

## CERTIFICATE OF SERVICE

I, Carrie Benedon, hereby certify that on this 28th day of May, 2015, I filed the foregoing document through the Electronic Case Filing (ECF) system and thus copies of the foregoing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent, via first-class mail, to those indicated as non-registered participants.

*/s/ Carrie Benedon*_____