**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br> *Plaintiff*,<br><br>AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC., and TOWN OF AQUINNAH,<br><br> *Intervenor-Plaintiffs/Counterclaim-Defendants*,<br><br>v.<br><br>THE WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH), THE WAMPANOAG TRIBAL COUNCIL OF GAY HEAD, INC., and THE AQUINNAH WAMPANOAG GAMING CORPORATION,<br><br> *Defendants/Counterclaim-Plaintiffs*,<br><br>v.<br><br>CHARLES D. BAKER, in his official capacity as GOVERNOR, COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br> *Third-Party Defendants.* | Civil Action<br>No. 13-13286-FDS |

### INTERVENOR-PLAINTIFF/COUNTERCLAIM-DEFENDANT AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC.'S LOCAL RULE 56.1 STATEMENT

Pursuant to Local Rule 56.1, although the Wampanoag Tribe of Gay Head (Aquinnah) and the Aquinnah Wampanoag Gaming Corporation's (the "Tribe") did not file a separate Local Rule 56.1 Statement in connection with its Motion for Summary Judgment, the Aquinnah/Gay Head Community Association, Inc. ("AGHCA") responds to the "additional concise statements

of material fact" contained in the Tribe's Motion for Summary Judgment (Dkt. 119 at pp.4-7) as follows:

    A. Disputed.

    B. Disputed.

    C. Disputed.

    D. Disputed.

The AGHCA further states that the question of the extent of the Tribe's jurisdiction over the Settlement Lands is a legal question, rather than a factual dispute, and thus there are no material facts of record as to which there exists a genuine issue to be tried.

Respectfully submitted,

AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC.

By its attorneys,

July 23, 2015

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth (BBO# 665232)
Oramel H. Skinner (BBO# 680198)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
Felicia.Ellsworth@wilmerhale.com
Oramel.Skinner@wilmerhale.com

James L. Quarles III (BBO# 408520)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6000
James.Quarles@wilmerhale.com

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the ECF system on July 23, 2015, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                    /s/ Felicia H. Ellsworth  
                                                    Felicia H. Ellsworth