## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br>　　　Plaintiff/Counterclaim-Defendant,<br><br>　　and<br><br>THE AQUINNAH/GAY HEAD COMMUNITY<br>ASSOCIATION, INC. (AGHCA) and TOWN<br>OF AQUINNAH,<br>　　　Intervenors/Plaintiffs,<br><br>　　v.<br><br>THE WAMPANOAG TRIBE OF GAY HEAD<br>(AQUINNAH), THE WAMPANOAG TRIBAL<br>COUNCIL OF GAY HEAD, INC., and THE<br>AQUINNAH WAMPANOAG GAMING<br>CORPORATION,<br>　　　Defendants/Counterclaim-<br>　　　Plaintiffs,<br><br>　　v.<br><br>CHARLIE BAKER, in his official capacity as<br>GOVERNOR, COMMONWEALTH OF<br>MASSACHUSETTS, et al.,<br>　　　Third-Party Defendants. | Civil Action No.<br>13-13286-FDS |

### ORDER OF DISMISSAL

**SAYLOR, D.J.**

In accordance with the Court's Memorandum and Order of December 11, 2015, it is hereby ORDERED that the above-entitled action be dismissed.

　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.
　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

December 28, 2015　　　　　　　　　　　　　/s/ Lisa Pezzarossi
Date　　　　　　　　　　　　　　　　　　　　Deputy Clerk