UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS,<br><br>*Plaintiff,*<br><br>and<br><br>AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC. (AGHCA) and TOWN OF AQUINNAH,<br><br>*Intervenor-Plaintiffs,*<br><br>vs.<br><br>THE WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH), THE WAMPANOAG TRIBAL COUNCIL OF GAY HEAD, INC., and THE AQUINNAH WAMPANOAG GAMING CORPORATION,<br><br>*Defendants.*<br><br>and<br><br>DEVAL PATRICK, in his official capacity as GOVERNOR, COMMONWEALTH OF MASSACHUSETTS, MARTHA COAKLEY, in her official capacity as ATTORNEY GENERAL, COMMONWEALTH OF MASSACHUSETTS, and STEPHEN CROSBY in his official capacity as CHAIRMAN, MASSACHUSETTS GAMING COMMISSION,<br><br>*Third-Party Defendants*. | **CASE NO: 1:13-cv-13286-FDS**<br><br>[Formerly Supreme Judicial Court for Suffolk County, Massachusetts, CIVIL ACTION NO. 2013-0479 ]<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants' the Wampanoag Tribe of Gay head, the Wampanoag Tribal Counsel of Gay Head, Inc., and the Aquinnah Wampanoag Gaming Corporation (together, "Aquinnah"), in the above named case hereby appeals to the United States for the First Circuit from a Entry of Final Judgment, Docket No. 158, entered in this action on January 5, 2016.

Dated: February 1, 2016,

    Respectfully Submitted,

/s/ Scott Crowell
SCOTT CROWELL (pro hac vice)
CROWELL LAW OFFICE TRIBAL
ADVOCACY GROUP LLP
Sedona, Arizona, 86336
Telephone: 425-802-5369
Facsimile: 509-290-6953

BRUCE SINGAL (BBO #464420)
ELIZABETH MCEVOY (BB) # 683191)
DONOGHUE, BARRETT & SINGAL
One Beacon Street, Suite 1320
Boston, MA 02108-3106
Telephone: 617-720-5090
Facsimile 617-720-5092

LAEL R. ECHO-HAWK (pro hac vice)
GARVEY SHUBERT BARER
1191 Second Ave. 18th Floor
Seattle, Washington 98101
Telephone: 206-816-1355
Facsimile: 206-414-0125
Attorneys for Defendants/Counterclaim-Plaintiffs

## **CERTIFICATE OF SERVICE**

I, Scott Crowell, hereby certify that I filed through the ECF System and therefore copies of the NOTICE OF APPEAL will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent, via first-class mail, to those indicated as non-registered participants

Dated: February 1, 2016.

*/s/ Scott Crowell*
SCOTT CROWELL
