# United States Court of Appeals
## For the First Circuit

No. 16-1137

COMMONWEALTH OF MASSACHUSETTS; AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC.; TOWN OF AQUINNAH, MA,

Plaintiffs, Appellees,

v.

THE WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH);
THE WAMPANOAG TRIBAL COUNCIL OF GAY HEAD, INC.;
THE AQUINNAH WAMPANOAG GAMING CORPORATION,

Defendants, Appellants,

CHARLES D. BAKER, in his official capacity as Governor
of the Commonwealth of Massachusetts; MAURA T. HEALEY,
in her capacity as Attorney General of the Commonwealth
of Massachusetts; STEPHEN P. CROSBY, in his capacity as
Chairman of the Massachusetts Gaming Commission,

Third-Party Defendants.

**JUDGMENT**

Entered: April 10, 2017

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is reversed, and the matter is remanded to the district for entry of judgment in favor of the tribe.

By the Court:
/s/ Margaret Carter, Clerk

cc:
Hon. F. Dennis Saylor
Robert Farrell, Clerk, United States District Court for the District of Massachusetts

Sam Hirsch  
Mary Gabrielle Sprague  
Judy B. Harvey  
Amber Blaha  
Juliana deHaan Rice  
Bryan F. Bertram  
Carrie M. Benedon  
Felicia H. Ellsworth  
Oramel H. Skinner III  
James L. Quarles III  
Claire Specht  
Michael A. Goldsmith  
Ronald H. Rappaport  
Bruce A. Singal  
John J. Duffy  
Lael Ruth Echo-Hawk  
Scott David Crowell  
Elizabeth J. McEvoy