# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 10, 2017

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  Massachusetts
        v. The Wampanoag Tribe of Gay Head (Aquinnah), et al.
        No. 17-215
        (Your No. 16-1137)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 8, 2017 and placed on the docket August 10, 2017 as No. 17-215.

Sincerely,

**Scott S. Harris**, Clerk

by

Lisa Nesbitt
Case Analyst