# United States Court of Appeals
## For the First Circuit

No. 16-1137

COMMONWEALTH OF MASSACHUSETTS; AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC.; TOWN OF AQUINNAH, MA

Plaintiffs - Appellees

v.

THE WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH); THE WAMPANOAG TRIBAL COUNCIL OF GAY HEAD, INC.; THE AQUINNAH WAMPANOAG GAMING CORPORATION

Defendants - Appellants

CHARLES D. BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts; MAURA T. HEALEY, in her capacity as Attorney General of the Commonwealth of Massachusetts; STEPHEN P. CROSBY, in his capacity as Chairman of the Massachusetts Gaming Commission

Third Party - Defendants

**MANDATE**

Entered: May 9, 2018

In accordance with the judgment of April 10, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Carrie M. Benedon
Bryan F. Bertram
Amber Blaha
Scott David Crowell
John J. Duffy

Lael Ruth Echo-Hawk
Felicia H. Ellsworth
Michael A. Goldsmith
Judy B. Harvey
Sam Hirsch
Elizabeth J. McEvoy
Ronald H. Rappaport
Juliana deHaan Rice
Bruce A. Singal
Oramel H. Skinner III
Claire Specht
Mary Gabrielle Sprague