# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>*Plaintiff*,<br><br>AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC., and TOWN OF AQUINNAH,<br><br>*Intervenor-Plaintiffs/Counterclaim-Defendants*,<br><br>v.<br><br>THE WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH), THE WAMPANOAG TRIBAL COUNCIL OF GAY HEAD, INC., and THE AQUINNAH WAMPANOAG GAMING CORPORATION,<br><br>*Defendants/Counterclaim-Plaintiffs*,<br><br>v.<br><br>CHARLES D. BAKER, in his official capacity as GOVERNOR, COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>*Third-Party Defendants.* | Civil Action<br>No. 13-13286-FDS |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as an attorney of record on behalf of Intervenor-Plaintiff/ Counterclaim-Defendant Aquinnah/Gay Head Community Association, Inc., in the above-captioned matter.

Respectfully submitted,

April 4, 2019                    /s/ Claire M. Specht
Claire M. Specht (BBO# 687952)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
Claire.Specht@wilmerhale.com

## **CERTIFICATE OF SERVICE**

      In accordance with Local Rule 5.2(b), I hereby certify that this document filed through the CM/ECF system on April 4, 2019, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                      /s/ Claire M. Specht
                                                   Claire M. Specht