UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS,<br><br>    *Plaintiff,*<br><br>    and<br><br>AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC. (AGHCA) and TOWN OF AQUINNAH,<br><br>    *Intervenor-Plaintiffs/Counterclaim-Defendants,*<br><br>        **vs.**<br><br>THE WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH), THE WAMPANOAG TRIBAL COUNCIL OF GAY HEAD, INC., and THE AQUINNAH WAMPANOAG GAMING CORPORATION,<br><br>    *Defendants/Counterclaim-Plaintiffs,*<br><br>and<br><br>CHARLIE BAKER, in his official capacity as GOVERNOR, COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>    *Third-Party Defendants*. | **CASE NO: 1:13-cv-13286-FDS**<br><br><br>[Formerly Supreme Judicial Court for Suffolk County, Massachusetts, CIVIL ACTION NO. 2013-0479 ] |

**(PROPOSED) FORM OF ORDER AND FINAL JUDGMENT**

Upon consideration of Plaintiff-Intervenor Town of Aquinnah's Motion for Entry of Final Judgment, the pleadings filed in support and in opposition, and arguments made in open court, it is hereby Ordered that such Motion be DENIED.

It is FURTHER ORDERED that FINAL JUDGMENT be entered as follows:

For the reasons set forth in *Massachusetts v. Wampanoag Tribe of Gay Head (Aquinnah),* 853 F.3d 618, 629 (1st. Cir. 2017) Final Judgment is entered in favor of the Wampanoag Tribe of Gay Head (Aquinnah) and the Aquinnah Wampanoag Gaming Corporation (collectively "Tribe"). The Commonwealth of Massachusetts, the Town of Aquinnah and the Aquinnah Gay Head Community Association are permanently enjoined from asserting jurisdiction over, or interfering with, the Tribe's rights under the Indian Gaming Regulatory Act, 25 U.S.C. §§ 2701 *et seq*.


Dated:                                        _____
                                              Honorable United States District Court Judge