UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS,<br><br>*Plaintiff,*<br><br>and<br><br>AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC. (AGHCA) and TOWN OF AQUINNAH,<br><br>*Intervenor-Plaintiffs/Counterclaim-Defendants,*<br><br>vs.<br><br>THE WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH), THE WAMPANOAG TRIBAL COUNCIL OF GAY HEAD, INC., and THE AQUINNAH WAMPANOAG GAMING CORPORATION,<br><br>*Defendants/Counterclaim-Plaintiffs,*<br><br>and<br><br>CHARLIE BAKER, in his official capacity as GOVERNOR, COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>*Third-Party Defendants*. | **CASE NO: 1:13-cv-13286-FDS**<br><br>[Formerly Supreme Judicial Court for Suffolk County, Massachusetts, CIVIL ACTION NO. 2013-0479]<br><br>**Hearing Date: May 20, 2019<br>Place: Courtroom 2<br>Time: 11:00 a.m.**<br><br>**HONORABLE JUDGE F. DENNIS SAYLOR IV** |

**WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH)'S RESPONSE IN OPPOSITION TO COMMONWEALTH OF MASSACHUSETTS' MOTION FOR LEAVE TO FILE REPLY BRIEF**

Prevailing parties on appeal, Defendants[1] Counterclaimants Wampanoag Tribe of Gay Head (Aquinnah) and the Aquinnah Wampanoag Gaming Corporation ("AWGC") (collectively "Defendants" or "Tribe"), hereby submit this response in opposition to the Motion for Leave to File Reply to the Tribe's Opposition to Intervenor-Plaintiff/Counterclaim-Defendant the Town of Aquinnah's ("Town") Motion for Entry of Final Judgment (Doc. 187), filed by Plaintiff Commonwealth of Massachusetts and Third-Party Defendants Governor Charlie Baker, Attorney General Maura Healey, and Massachusetts Gaming Commission Chairman Cathy Judd Stein (collectively referred to as "Commonwealth" or "State")[2].

The Tribe opposes the Commonwealth's Motion because the Commonwealth fails to demonstrate good cause for not weighing in on the Town's Motion for Entry of Final Judgment earlier, in contrast to the filing (Doc. 183) by Intervenor-Plaintiff/Counterclaim-Defendant, the Aquinnah/Gay Head Community Association, Inc. ("AGHCA"). Moreover, the proposed reply brief does not raise issues germane to the competing language of final judgment proposed, respectively, by the Town and the Tribe.

Moreover, the Tribe informed the Commonwealth's counsel that the Tribe cannot assent to the Commonwealth's Motion without first being able to review the text of the Motion, and that any assent would be on the condition that the Tribe be able to file a sur-reply in opposition to the Town's Motion for Entry of Final Judgment. *See* Declaration of Scott Crowell, filed simultaneously herewith, at Exhibit E; Exhibit E being a true and

---

[1] The Wampanoag Tribal Council of Gay Head, Inc., which was named as a party defendant, was an entity created under the laws of the Commonwealth and no longer exists.

[2] The full caption in this matter should reflect that the name of Third Party Defendant Chairman of the Massachusetts Gaming Commission has changed to Cathy Judd Stein.

correct copy of the email exchange between Scott Crowell and the Commonwealth's counsel. The Tribe's response to the inquiry of the Commonwealth's legal counsel is not mentioned in the Commonwealth's pleadings.

Related to this Motion, the Town and the AGHCA also seek leave to file their own extensive reply pleading (Doc. 186). Filed simultaneously herewith is the Tribe's Opposition to the Town's and the AGHCA's Motion. The Town's and the AGHCA's proposed reply brief is full of inaccuracies and misstatements, such that it is not helpful in this Court's deliberation of the Town's Motion for Entry of Final Judgment.

The Tribe files its Motion simultaneously herewith, in the event this Court grants leave for the Town, the AGHCA and/or the Commonwealth to file their proposed reply briefs, to grant the Tribe leave to file a ten-page sur-reply. Such sur-reply is necessary to correct the inaccuracies and misstatements in the Town's and the AGHCA's proposed reply brief.

For the reasons set forth herein, and the reasons set forth in the pleadings filed simultaneously herein, this Court should either deny all three motions for leave to file reply and sur-reply briefs, or grant all three motions for leave to file reply and sur-reply briefs. Moreover, the Tribe requests that the Town's Motion be scheduled for oral argument because of the importance to all parties of the wording and manner in which this Court spreads the Mandate issued by the First Circuit. *Massachusetts v. Wampanoag Tribe of Gay Head (Aquinnah)*, 853 F.3d 618 (1st Cir. 2017).

Dated: May 1, 2019                                                            Respectfully Submitted,

                                                                             s/ *Scott Crowell*
                                                                             SCOTT CROWELL (*pro hac vice*)

3

        CROWELL LAW OFFICE TRIBAL
        ADVOCACY GROUP LLP
        Sedona, Arizona, 86336
        Telephone: (425) 802-5369
        Fax: (509) 235-5017
        scottcrowell@clotag.net

        BRUCE SINGAL (BBO #464420)
        ELIZABETH MCEVOY (BB) # 683191)
        DONOGHUE, BARRETT & SINGAL
        One Beacon Street, Suite 1320
        Boston, MA 02108-3106
        Telephone: (617) 720-5090
        Fax: (617) 720-5092

        LAEL R. ECHO-HAWK (*pro hac vice*)
        MThirtySix, PLLC
        The Yard
        700 Pennsylvania Avenue, Second Floor
        Washington, D.C. 20003
        Telephone: (206) 271-0106
        lael@mthirtysixpllc.com

        *Attorneys for Defendants/Counterclaim-Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Scott Crowell, hereby certify that I filed through the ECF System and therefore copies of the **WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH)'S RESPONSE IN OPPOSITION TO COMMONWEALTH OF MASSACHUSETTS' MOTION FOR LEAVE TO FILE REPLY BRIEF** will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). All non-registered CM/ECF participants will receive a copy of this filing via USPS.

Dated: May 1, 2019

*s/ Scott Crowell*
SCOTT CROWELL