UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS,<br><br>    *Plaintiff,*<br><br>and<br><br>AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC. (AGHCA) and TOWN OF AQUINNAH,<br><br>    *Intervenor-Plaintiffs,*<br><br>vs.<br><br>THE WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH), THE WAMPANOAG TRIBAL COUNCIL OF GAY HEAD, INC., and THE AQUINNAH WAMPANOAG GAMING CORPORATION,<br><br>    *Defendants,*<br><br>and<br><br>CHARLES BAKER, in his official capacity as GOVERNOR, COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>    *Third-Party Defendants*. | **CASE NO: 1:13-cv-13286-FDS**<br><br>[Formerly Supreme Judicial Court for Suffolk County, Massachusetts, CIVIL ACTION NO. 2013-0479 ]<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that Defendants/Counterclaim-Plaintiffs, the Wampanoag Tribe of Gay Head (Aquinnah), the Wampanoag Tribal Council of Gay Head, Inc., and the Aquinnah Wampanoag Gaming Corporation, in the above-named case, hereby appeal to the United States

Court of Appeals for the First Circuit from a Memorandum and Order from Motion for Final Judgment, Docket No. 200, and Amended Final Judgment, Docket No. 201, entered in this action on June 19, 2019.

Dated: June 28, 2019.

Respectfully submitted,

<u>s/ Scott Crowell</u>
SCOTT CROWELL (pro hac vice)
CROWELL LAW OFFICE-TRIBAL ADVOCACY GROUP LLP
Sedona, Arizona, 86336
Telephone: 425-802-5369
Facsimile: 509-235-5017

BRUCE SINGAL (BBO #464420)
ELIZABETH MCEVOY (BB) # 683191)
DONOGHUE, BARRETT & SINGAL
One Beacon Street, Suite 1320
Boston, MA 02108-3106
Telephone: 617-720-5090
Facsimile 617-720-5092

LAEL R. ECHO-HAWK (pro hac vice)
MThirtySix, PLLC
The Yard
700 Pennsylvania Avenue, Second Floor
Washington, D.C. 20003
Telephone: (206) 271-0106
 lael@mthirtysixpllc.com

*Attorneys for Defendants/Counterclaim-Plaintiffs*

## CERTIFICATE OF SERVICE

I, Scott Crowell, hereby certify that I filed through the ECF System and therefore copies of the NOTICE OF APPEAL will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent, via first-class mail, to those indicated as non-registered participants.

Dated: June 28, 2019.

                                                    s/ *Scott Crowell*
                                                  SCOTT CROWELL