UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS,<br><br>   Plaintiff, and<br><br>AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC. (AGHCA) and TOWN OF AQUINNAH,<br><br>   Plaintiff-Intervenors,<br><br>   v.<br><br>THE WAMPANOAG TRIBE OF GAY HEAD (AQUINNAH), THE WAMPANOAG TRIBAL COUNCIL OF GAY HEAD, INC., and THE AQUINNAH WAMPANOAG GAMING CORPORATION,<br><br>   Defendants/Counterclaim-Plaintiffs, and<br><br>CHARLES D. BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts, MAURA T. HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts, and CATHY JUDD-STEIN, in her official capacity as Chair of the Massachusetts Gaming Commission,<br><br>   Third Party Defendants. | No. 1:13-CV-13286-FDS |

**NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3(a) and 28 U.S.C. § 1291, notice is hereby given that Plaintiff-Intervenors Town of Aquinnah and Aquinnah/Gay Head Community Association, Inc. ("AGHCA") cross-appeal to the United States Court of Appeals for the First Circuit from the Amended Final Judgment entered in the above-captioned action on June 19, 2019 (ECF No. 201).

| | |
|---|---|
| Dated: July 19, 2019 | Respectfully submitted, |
| AQUINNAH/GAY HEAD COMMUNITY ASSOCIATION, INC. (AGHCA) | TOWN OF AQUINNAH |
| By its attorneys, | By its attorneys, |
| /s/ *Felicia H. Ellsworth* | /s/ *Ronald H. Rappaport* |
| Felicia H. Ellsworth (BBO No. 665232) | Ronald H. Rappaport (BBO No. 412260) |
| Claire M. Specht (BBO No. 687952) | Michael A. Goldsmith (BBO No. 558971) |
| WILMER CUTLER PICKERING HALE AND DORR LLP | REYNOLDS, RAPPAPORT, KAPLAN & HACKNEY, LLC |
| 60 State Street | 106 Cooke Street, P.O. Box 2540 |
| Boston, Massachusetts 02109 | Edgartown, MA 02539 |
| (617) 526-6000 | Tel.: +1 508 627-3711 |
| Felicia.Ellsworth@wilmerhale.com | rrappaport@rrklaw.net |
| Claire.Specht@wilmerhale.com | mgoldsmith@rrklaw.net |
| | Douglas J. Kline (BBO No. 556680) |
| | Joshua J. Bone (BBO No. 687722) |
| | GOODWIN PROCTER LLP |
| | 100 Northern Avenue |
| | Boston, Massachusetts 02210 |
| | Tel.: +1 617 570 1000 |
| | Fax.: +1 617 523 1231 |
| | dkline@goodwinlaw.com |
| | jbone@goodwinlaw.com |
| | William M. Jay (*pro hac vice*) |
| | GOODWIN PROCTER LLP |
| | 901 New York Ave. NW |
| | Washington, DC 20001 |
| | Tel.: +1 202 346 4000 |
| | wjay@goodwinlaw.com |

## CERTIFICATE OF SERVICE

I, Douglas J. Kline, certify that on July 19, 2019, a true copy of the foregoing document was served by CM/ECF and/or first class mail upon all other counsel of record in this action.

/s/ *Douglas J. Kline*
Douglas J. Kline